UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: )
)
SKYWAY FREIGHT SYSTEMS, INC. ) CASE NO: 00-51918 ASW
)
    Debtor, ) MOTION FOR RELEASE OF
) UNCLAIMED FUNDS
_____)

FILED
MAR 14 2007
CLERK
United States Bankruptcy Court
San Jose, California

There having been a dividend check in the amount of 2,409.07 issued in the above case to creditor HAROLD D. FELTNER, and said check having not been cashed by said payee, the Trustee of this Estate, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed dividend to the Clerk, U.S. Bankruptcy Court. These funds are currently being held in the Court's registry account of unclaimed funds.

The dividend check was not received because of death of the creditor and change of address of his wife. See certified declaration attached.

Motion is hereby made for an order directing the Clerk, U.S. Bankruptcy Court to cause a voucher to be issued resulting in the payment of said unclaimed funds in the total amount of $2,409.07 to:

> MARSHA ANN FELTNER
> C/O ASSET RECOVERY TRUST
> P.O. Box 4296
> Costa Mesa, CA 92628

Dated: 3-14-07

Respectfully submitted,

Al Melone (locator)
ASSET RECOVERY TRUST
P.O. Box 4296
Costa Mesa, CA 92628
714-546-8100

JOHN W. RICHARDSON
5161 SOQUEL DRIVE, SUITE F
Soquel, CA 95073
Telephone: (831) 475-2404

Trustee in Bankruptcy
JOHN W. RICHARDSON

FILED
JAN 3 1 2007
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 00-51918-ASW |
|---|---|
| SKYWAY FREIGHT SYSTEMS, INC. | Chapter 7 |
| Debtor(s) | AMENDED NOTICE OF UNCLAIMED DIVIDENDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $0.00. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 329 | DAVID S. JOHNSON<br>19 QUAIL RIDGE RD.<br>ORVILLE, CA 95966 | $817.76 | $469.23 |
| 464 | COLBY J. BROUSSARD<br>2210 HASSELL RD., #302<br>HOFFMAN ESTATES, IL 60195 | $4300.00 | $2,466.05 |
| 509 | HENRY J. CHAMBERLAIN<br>8493 NEWBY WAY<br>ELK GROVE, CA 95624 | $1,382.46 | $777.91 |
| 587 | KEITH W. NELSON<br>11724 FRANCIS DR.<br>GRASS VALLEY, CA 95949 | $1,958.59 | $899.53 |
| 612 | RUSSELL C. COMVA<br>9829 GRADY LANE<br>DALLAS, TX 75217 | $3,307.10 | $1,484.62 |

| # | Name / Address | | |
|---|---|---|---|
| 613 | JOELLA HARVEY<br>2515 ARCIERO DRIVE<br>TULARE, CA 93274 | $3,990.34 | $1,682.66 |
| 629 | DOUG KRUSE<br>36629 SPRUCE ST.<br>NEWARK, CA 94560 | $4,300.00 | $1,856.91 |
| 666 | SHAUNA SIEK<br>156 HIGHPOINT RD.<br>BEDORD, TX 76021 | $2,332.00 | $857.15 |
| 670 | MARCUS THOMAS<br>13077 PAWNEE DRIVE<br>MORENO VALLEY, CA 92555 | $4,300.00 | $1,856.91 |
| 671 | ARNOLD R. GROSS<br>2214 WOODHILL CT., #7<br>CRESCENT SPRINGS, KY 41017 | $4,300.00 | $1,861.20 |
| 672 | STEVEN LEE ROGAN<br>2720 SUNNYRIDGE ROAD<br>NAMPA, ID 83696 | $9,355.80 | $2,466.05 |
| 676 | KRISTOPHER KEITH SIPES<br>8609 MILLARD LEE LANE #F<br>CHATTANOOGA, TN 37416 | $4,300.00 | $1,892.55 |
| 691 | KIMBERLY E. WALLS<br>2326 88TH AVENUE, APT. D<br>OAKLAND, CA 94605 | $6,824.00 | $2,419.61 |
| 732 | HAROLD D. FELTNER<br>607 JACKSON ST.<br>BROWNBURG, IN 46112 | $4,300.00 | $2,409.07 |
| 735 | MATTHEW E. HIRSCHAUER<br>9022 PREAKNESS DRIVE<br>FLORENCE, KY 41042 | $4,300.00 | $1,844.70 |
| 741 | BRAD C. MANUEL<br>7069 FREMONTIA AVE.<br>FONTANA, CA 92336 | $440.46 | $247.84 |
| 879 | SHARON L. JENNINGS<br>1581 NAPA CT.<br>HOLLISTER, CA 95023 | $4,300.00 | $1,856.91 |
| 890 | JEFFREY P. LAPIERRE<br>1962 N. GRAHAM AVE.<br>INDIANAPOLIS, IN 46218 | $4,300.00 | $2,435.95 |
| 895 | DANIELLE BAKER<br>1227 SYRINGA PL.<br>NAMPA, ID 83686 | $4,300.00 | $2,466.05 |
| 897 | VIPUL A. PATEL<br>2210 LE JANO WAY<br>SACRAMENTO, CA 95833 | $4,300.00 | $1,856.91 |

Total Unclaimed Dividends     $34,107.81

Dated: January 23, 2007

*[signature]*
JOHN W. RICHARDSON, TRUSTEE

# LIMITED POWER OF ATTORNEY

I do hereby grant to ASSET RECOVERY TRUST, my sole true and lawful attorney-in-fact for me and in my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following limited purpose <u>and for no other</u>:

> To reclaim, recover, and return unclaimed funds in the amount of **$2,409.07** only, less agreed upon fee, to the signatory below.

I do hereby grant my attorney-in-fact every power necessary to carry out the limited purposes for which this limited power of attorney is granted, on an exclusive basis.

This Limited Power of Attorney revokes all previous powers of attorney granted for the purpose of obtaining dividends from this specific bankruptcy case.

I certify under penalty of perjury under U.S. Law that the foregoing is true and correct.

DATED 2/22/07     SIGNED /s/ Marsha Ann Feltner

NAME **MARSHA ANN FELTNER**

---

SUBSCRIBED AND SWORN TO BEFORE ME THIS 22ND DAY OF February, 2007,
TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

NOTARY PUBLIC IN AND FOR

The State of Tennessee

My Commission expires on 12-15-07

[SEAL]

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SKYWAY FREIGHT SYSTEMS, INC.   CASE NO: 00-51918 ASW

Debtor(s)

**AFFIDAVIT OF SERVICE**

Notice is hereby given to the Court that on ___3-14-07___ the U.S. Attorney for the Northern District of California was advised, via first class mail, of the intent of **MARSHA ANN FELTNER** to apply for the release of unclaimed funds in the above referenced case.

I certify under penalty of perjury under U.S. Law that the foregoing is true and correct.

DATED___3-14-07___   SIGNED_____

NAME: AL MELONE
ASSET RECOVERY TRUST
P.O. Box 4296
Costa Mesa, CA 92628
714-546-8100

Standard Form 1055
Rev. March 1999
Title 4, GAO Manual

# CLAIM AGAINST THE UNITED STATES
# FOR
# AMOUNTS DUE IN THE CASE OF A DECEASED CREDITOR

1. I/we, the undersigned, hereby make claim as **Surviving Spouse** for amounts due from the United States in the case of **Harold D. Feltner** (Name of decedent) who died on the **28th** day of **March**, **2006**, while domiciled in the State of **Tennessee**.

2. The basis of this claim is as **Unclaimed dividend of $2609.07 Case CO-51918 ASW, U.S. BK Ct, Northern Div - California**
(State nature of claim, amount, name and location of Department or Agency involved)

3. Has there been or will there be appointed an executor or administrator of the decedent's estate? **No** ("Yes" or "No".) If the answer is "Yes," the following statement should be completed:

I/we have been duly appointed _____ of the estate of the deceased, as evidenced
(Executor or Administrator)
by certificate of appointment herewith, administration having been taken out in the interest of:

_____
(Name, address, and relationship of interested relative or creditor)

and such appointment is still in full force and effect.

*(If making claim as the executor or administrator of the estate of the deceased, no witnesses are required, but a short certificate of letters testamentary or of administration must be submitted.) (If you are the executor or administrator of the estate of the deceased, disregard paragraphs 4, 5, and 6.)*

4. If an executor or administrator has not been or will not be appointed, the following information should be furnished:

The deceased is survived by-

Widow or widower (if none, so state): **Marsha Ann Feltner**

Children (if none, so state):

| Name | Age (if under 21) | Street Address, City, State, and ZIP Code |
|---|---|---|
| Harold D. Feltner, Jr | 14 | 4176 Basil Ct. Murfreesboro, TN 37128 |

Grandchildren (list only the children of deceased children--if none, so state):

| Name | Age (if under 21) | Street Address, City, State, and ZIP Code | Name of deceased parent of grandchild |
|---|---|---|---|
| None | | | |

If no child or grandchild survives, enter below the following:

                *Name*                  *Street Address, City, State, and ZIP Code*

Father (if deceased, so state): _____

Mother (if deceased, so state): _____

Brothers and sisters (if none, so state):

   *Name*    *Age (if under 21)*    *Street Address, City, State, and ZIP Code*

Nephews and nieces (list only the children of deceased brothers or sisters-if none, so state):

   *Name*    *Age (if under 21)*    *Street Address, City, State, and ZIP Code*    *Name of deceased parent of nephew or niece*

5. Have the funeral expenses been paid? **Yes** ("Yes" or "No.") *(If paid, receipted bill of the undertaker must be attached hereto.)*

6. Whose money was used to pay the funeral expenses? **Insurance Policy**
(If funeral expenses were paid from the proceeds of an insurance policy, state the name of the beneficiary of such policy. **Marsha Ann Feltner** )

FINES, PENALTIES, and FORFEITURES are imposed by law for making of false or fraudulent claims against the United States or the making of false statements in connection therewith.

**Marsha Feltner**    **5/9/07**
(Signature of claimant)    (Date)

**4176 Basil Ct.**
(Street address)

**Murfreesboro, TN 37128**
(City, State, and ZIP code)

_____ (Signature of claimant) _____ (Date)

_____ (Street address)

_____ (City, State, and ZIP code)

**TWO WITNESSES ARE REQUIRED**

We certify that we are well acquainted with the **Marsha Feltner** (Name of claimant(s))
and that the signature(s) of the claimant(s) was (were) affixed in our

**Garry W. Taylor**     **Brenda G Taylor**
(Signature of witness)     (Signature of witness)

**2323 Rucker Rd.**     **4681 Hwy 64 East**
(Street address)     (Street address)

**Christiana, Tn 37037**     **Wartrace, Tn 37183**
(City, State, and ZIP code)     (City, State, and ZIP code)

All unnegotiated Government checks in possession of the claimant, drawn to the order of the decedent and involved in the claim, shall accompany this claim application.

# DECLARATION

My name is Marsha Ann Feltner, I am the widow of Harold D. Feltner, a rightful creditor of Skyway Freight Systems, Inc., case 00-51918 ASW.

Harold and I were married on June 1, 1991, we had one child, our son, Harold D. Feltner, Jr., who was born on Feb. 25, 1993. My husband died of ALS (Lou Gehrig's disease) on March 28, 2006. As I am sure the court knows, there is no known cure to this disease, which progressively leads to death.

Over time, we took care of transferring all known assets in an orderly fashion, but not contemplating any sort of recovery from my husband's former employer (Skyway Freight Systems,) and not being aware of any other assets that might be out there, my husband did not leave a Last Will and Testament. (There appeared to be no need for one, under the circumstances, or so we thought.)

We moved from 122 McNiel Dr., Murfreesboro, TN 37128 (the address on the Proof of Claim) several years ago, and my son and I currently reside at 4176 Basil Ct., Murfreesboro, TN 37128 (same address as on my husband's death certificate.) Our phone number is 615-867-9546.

Our minor son and I are not doing well financially, and notwithstanding that my husband died intestate, beg the court's indulgence and request that this unclaimed dividend be paid to myself as the surviving spouse. The enclosed documents evidencing the foregoing are true and correct copies of the originals.

I certify under penalty of perjury under U.S. Law that the foregoing is true and correct.

*Marsha Ann Feltner*
MARSHA ANN FELTNER

---

SUBSCRIBED AND SWORN TO BEFORE ME THIS 22ND DAY OF February, 2007,
TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

[NOTARY SEAL]

NOTARY PUBLIC IN AND FOR
The State of Tennessee
My Commission expires on 12-15-07

# STATE OF TENNESSEE
# DEPARTMENT OF HEALTH

## TENNESSEE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

**1. DECEDENT'S NAME (First, Middle, Last):** Harold D. Feltner Sr.
**2. SEX:** Male
**3. DATE OF DEATH (Month, Day, Year):** March 28, 2006

**4. SOCIAL SECURITY NUMBER:** [redacted]
**5. AGE – Last Birthday (Years):** 43
**7. BIRTHPLACE (City and State or Foreign Country):** Rapid City, SD

**8a. PLACE OF DEATH (Check only one):** 5 [X] Residence
**9b. FACILITY NAME (If not institution, give street and number):** 4176 Basil Ct.
**9c. CITY, TOWN, OR LOCATION OF DEATH:** Murfreesboro
**9d. COUNTY OF DEATH:** Rutherford

**10. MARITAL STATUS:** Married
**11. SURVIVING SPOUSE (If wife, give maiden name):** [redacted] Stanton
**12a. DECEDENT'S USUAL OCCUPATION:** Operations Manager
**12b. KIND OF BUSINESS/INDUSTRY:** Flextronics

**13a. RESIDENCE-STATE:** Tennessee
**13b. COUNTY:** Rutherford
**13c. CITY, TOWN OR LOCATION:** Murfreesboro
**13e. STREET AND NUMBER OR RURAL LOCATION:** 4176 Basil Ct.
**13f. INSIDE CITY LIMITS:** 2 [X] No
**13g. ZIP CODE:** 37128-
**15. RACE:** White
**16. DECEDENT'S EDUCATION:** College 1-4: 2

**17. FATHER'S NAME (First, Middle, Last):** Walter Feltner
**18. MOTHER'S NAME (First, Middle, Maiden Surname):** Dottie Roberts

**19a. INFORMANT'S NAME (Type/Print):** [redacted] Feltner
**19b. RELATIONSHIP TO DECEASED:** Wife
**19c. MAILING ADDRESS:** 4176 Basil Ct., Murfreesboro, Tennessee 37128-

**20a. METHOD OF DISPOSITION:** [X] Burial
**20b. PLACE OF DISPOSITION:** Evergreen Cemetery
**20c. LOCATION – City or Town, State:** Murfreesboro, Tennessee

**21a. SIGNATURE OF FUNERAL DIRECTOR:** Donald K. Ayers
**21b. LICENSE NUMBER OF FUNERAL DIRECTOR:** 2374
**21c. SIGNATURE OF EMBALMER:** George W. Baynes, III
**21d. LICENSE NUMBER OF EMBALMER:** 4298

**22a. NAME AND ADDRESS OF FUNERAL HOME:** Jennings & Ayers Funeral Home, 820 South Church Street, Murfreesboro, Tennessee 37130
**22b. LICENSE NUMBER OF FUNERAL HOME:** 104

**23. REGISTRAR'S SIGNATURE:** Brenda Hughes
**24. DATE FILED:** March 30, 2006

**25a. SIGNATURE AND TITLE OF PHYSICIAN:** Teresa Marie Williams, M.D.
**25b. LICENSE NUMBER:** 39057
**25c. DATE SIGNED:** 3/29/06

**27. NAME AND ADDRESS OF CERTIFIER:** Teresa Williams, MD, 1004 N. Highland Ave., Murfreesboro, TN 37130

**28. PART I. IMMEDIATE CAUSE:**
a. Amyotrophic Lateral Sclerosis (ALS) → Respiratory Failure
b. DUE TO: ALS

**30. MANNER OF DEATH:** [X] Natural
**31a. DATE OF INJURY:** 3/28/06

I hereby certify the above to be a true and correct copy of the document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

Lisa Kilgore
Local Registrar
Rutherford County Health Department

Date Issued: MAR 30 2006

## CERTIFICATION OF VITAL RECORD

BOOK 693 PAGE 047

# CERTIFICATE OF PERSON PERFORMING MARRIAGE CEREMONY

To Be Delivered To Parties Married

I, __Greg Fightmaster__, a __Pastor__ of the __New Hope Baptist__ church, religious order or civil authority of that name, do certify that on the __1st__ day of __June__, 19__91__ at __Covington__, Kentucky, under authority of a license issued by __A. T. Wood__ Clerk of the County of __Kenton__ County, state of Kentucky, dated the __1st__ day of __June__ 19__91__ I united __Harold Dean__ __Feltner__ and __Marsha Ann Stanton__ as Husband and Wife, and in the presence of __Blondelle Millatt__ and __Douglas E Reed__ Given under my hand, this __1st__ day of __June__, 19__91__.

Person Performing Ceremony Sign Here __Greg Fightmaster__

# Certified Record of Birth
# Commonwealth of Kentucky
# Cabinet For Human Resources



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND - NOT A WHITE BACKGROUND

FILE NO. 116  BB  061132                         COUNTY OF BIRTH: KENTON

CHILD'S NAME: HAROLD DEAN FELTNER JR

CHILD'S DATE OF BIRTH: FEBRUARY 25 1993                    SEX: MALE

MOTHER'S MAIDEN NAME: KARENA LYNN STANTON
    MOTHER'S AGE: 27

FATHER'S NAME: HAROLD DEAN FELTNER
    FATHER'S AGE: 30

DATE FILED BY REGISTRAR: 03/09/93



385145

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

This record certifies that the above birth occurred on the date and place shown. The original certificate of birth is on file with the Cabinet for Human Resources, Office of Vital Statistics, 275 East Main Street, Frankfort, Kentucky 40621-0001.

DATE ISSUED: 05/06/98

*Barbara G. White*
State Registrar

- IF YOU HAVE QUESTIONS REGARDING THIS INFORMATION, YOU MUST RETURN THE RECORD WITHIN 30 DAYS ALONG WITH THIS NOTICE. PLEASE INCLUDE THE TELEPHONE NUMBER WHERE YOU MAY BE REACHED BETWEEN THE HOURS OF 8:00 A.M. AND 4:30 P.M. YOU MAY ALSO CONTACT THIS OFFICE AT 502-564-4212 MONDAY THROUGH FRIDAY. COPIES OF BIRTH RECORDS OF MORE THAN ONE PERSON MAY BE MAILED SEPARATELY.

CPC(S): 01    CARD(S):        CERTIFICATE HOLDER: HAROLD DEAN FELTNER JR

HAROLD D FELTNER
421 ENDERLY CT
BROWNSBURG IN 46112

Feltner, Harold D.                        616-887-9546
Murfreesboro TN 37128
Adm    09-21-2005  DOB
Dr Williams                               615-893-4480





## STATE OF TENNESSEE
## EMERGENCY MEDICAL SERVICES

### DO NOT RESUSCITATE (DNR) ORDER

Patient's Full Name **Harold D. Feltner**

#### ATTENDING PHYSICIAN'S STATEMENT

I am the attending physician of the patient named above and direct medical personnel not initiate cardiopulmonary resuscitation on this patient. I understand that I may revoke these directions at any time.

**3/24/06**
Date

_signature of Attending Physician_

**TERESA WILLIAMS**
PRINTED NAME OF ATTENDING PHYSICIAN

**THIS ORDER REMAINS IN EFFECT UNTIL THE DEATH OF THE PATIENT OR THE DOCUMENT IS DESTROYED**

#### PATIENT'S STATEMENT

I, the undersigned patient, or agent with a durable power of attorney for health care, direct that cardiopulmonary resuscitation should not be initiated. I understand that I may revoke these directions at any time.

_Signature of Witness_
**Nikesha C. Hennig, CMSW**
Printed Name of Witness

**3/23/06**
Date

_Signature of Patient_
**Harold D. Feltner**
Printed Full Name of Patient

_Signature of DPAH/C_
**Marsha Ann Feltner**
Printed Full Name of Person Acting with durable power of attorney for health care

**THIS FORM WILL ACCOMPANY THE PATIENT DURING AMBULANCE TRANSPORT**

A photostatic copy of the original, properly executed form may serve as a legal DNR order pursuant to Tennessee Code Annotated § 68-140-602(1)

In the event of the patient's death, the EMS agency on the scene shall obtain this form and it shall become part of the EMS Medical Record.

Permission is hereby granted to reprint blank copies of this form for use by patients and physicians. Such copies must include the complete and original text of both sides of the form with no additions or deletions.
PH-3338 (Rev. 7-96)

RDA N/A



SKYWAY FREIGHT SYSTEMS INC
225 WESTRIDGE DR
WATSONVILLE CA 95076

Batch #00789

Employer's Fed ID number: 95-3103909

HAROLD D. FELTNER
607 JACKSON ST.
BROWNSBURG, IN 46112

State: IN  Employer's state ID no: 0043033620013  State wages, tips, etc: 44667.99
State income tax: 1483.13  Locality name: C-32
Local wages, tips, etc: 44667.99  Local income tax: 545.31

W-2 Wage and Tax Statement 1999

HAROLD D. FELTNER
607 JACKSON ST.
BROWNSBURG, IN 46112

Taxable Marital Status: SINGLE
FEDERAL: 1
STATE: 1
LOCAL: 1

FORM B10 (Official Form 10)(4/98)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| Name of Debtor: Skyway Freight Systems, Inc. | Case Number: 00-51918-aswcz<br>Chapter 7<br>Creditor Id: 2274643 |

**PROOF OF CLAIM**

FILED APR 26 2001

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Harold D Feltner

Name and Address where notices should be sent:
Harold D Feltner
~~607 Jackson St~~  122 McNiel Dr.
~~Brownsburg IN 46112~~ Murfreesboro, TN

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone Number: 615-867-8852

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim, dated ____

**1. Basis for Claim**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other ____

- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☒ Wages, salaries, and compensation (fill out below)
  Your SS #: xxx-xx-xx79
  Unpaid compensation for services performed
  from 5-1-99 to 3-24-00

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $5739.80
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other ____
Value of Collateral: $____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**MAIL CLAIM TO:**
Clerk's Office
U.S. Bankruptcy Court
280 S First Street, #3035
San Jose, CA 95113-3099

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 4-23-01 | Harold D. Feltner  /s/ Harold D. Feltner |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

1606