UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG 0 7 2007
CLERK
United States Bankruptcy Court
San Jose, California

In re:
Skyway Freight Systems, Inc

Case No: 00-51918

Debtor(s)

## APPLICATION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for Danielle M Baker, claimant, hereby petitions the Court for $2,466.05, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to Danielle Baker, creditor.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was mailed to Danielle Baker at 1227 Syringa Pl, Nampa, ID 83686. That address is no longer valid. The change of address prevented delivery of the original dividend check. Exhibit A is evidence that Danielle Baker once used that address.

The Creditor's mailing address at the time the claim was filed with the Court was:

Danielle Baker
1227 SYRINGA PL.
NAMPA, ID 83686

The claimant's current mailing address is:

Danielle M Baker
3793 S Peoria Way
Meridian, ID 83642-6986
208-860-3238
Last four digits of SS#/Tax ID:

Dated: 2/13/2007

Brian J. Dilks
Dilks & Knopik, LLC
PO Box 2728, Issaquah, WA 98027-0125
(425) 836-5728

2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Subscribed and Sworn Before Me this __13__ day of __February__, 20_07_.

SEAL    _____Caryn M. Dilks_____
Caryn M. Dilks, Notary Public
My commission expires: July 29, 2010
Notary in and for the State of Washington



2

JOHN W. RICHARDSON
5161 SOQUEL DRIVE, SUITE F
Soquel, CA 95073
Telephone: (831) 475-2404

Trustee in Bankruptcy
JOHN W. RICHARDSON

**FILED**

JAN 3 1 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SKYWAY FREIGHT SYSTEMS, INC.<br><br>Debtor(s) | Case No. 00-51918-ASW<br><br>Chapter 7<br><br>AMENDED NOTICE OF UNCLAIMED DIVIDENDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $0.00. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 329 | DAVID S. JOHNSON<br>19 QUAIL RIDGE RD.<br>ORVILLE, CA 95966 | $817.76 | $469.23 |
| 464 | COLBY J. BROUSSARD<br>2210 HASSELL RD., #302<br>HOFFMAN ESTATES, IL 60195 | $4300.00 | $2,466.05 |
| 509 | HENRY J. CHAMBERLAIN<br>8493 NEWBY WAY<br>ELK GROVE, CA 95624 | $1,382.46 | $777.91 |
| 587 | KEITH W. NELSON<br>11724 FRANCIS DR.<br>GRASS VALLEY, CA 95949 | $1,958.59 | $899.53 |
| 612 | RUSSELL C. COMVA<br>9829 GRADY LANE<br>DALLAS, TX 75217 | $3,307.10 | $1,484.62 |

| # | Name / Address | Amount 1 | Amount 2 |
|---|---|---|---|
| 613 | JOELLA HARVEY<br>2515 ARCIERO DRIVE<br>TULARE, CA 93274 | $3,990.34 | $1,682.66 |
| 629 | DOUG KRUSE<br>36629 SPRUCE ST.<br>NEWARK, CA 94560 | $4,300.00 | $1,856.91 |
| 666 | SHAUNA SIEK<br>156 HIGHPOINT RD.<br>BEDORD, TX 76021 | $2,332.00 | $857.15 |
| 670 | MARCUS THOMAS<br>13077 PAWNEE DRIVE<br>MORENO VALLEY, CA 92555 | $4,300.00 | $1,856.91 |
| 671 | ARNOLD R. GROSS<br>2214 WOODHILL CT., #7<br>CRESCENT SPRINGS, KY 41017 | $4,300.00 | $1,861.20 |
| 672 | STEVEN LEE ROGAN<br>2720 SUNNYRIDGE ROAD<br>NAMPA, ID 83696 | $9,355.80 | $2,466.05 |
| 676 | KRISTOPHER KEITH SIPES<br>8609 MILLARD LEE LANE #F<br>CHATTANOOGA, TN 37416 | $4,300.00 | $1,892.55 |
| 691 | KIMBERLY E. WALLS<br>2326 88TH AVENUE, APT. D<br>OAKLAND, CA 94605 | $6,824.00 | $2,419.61 |
| 732 | HAROLD D. FELTNER<br>607 JACKSON ST.<br>BROWNBURG, IN 46112 | $4,300.00 | $2,409.07 |
| 735 | MATTHEW E. HIRSCHAUER<br>9022 PREAKNESS DRIVE<br>FLORENCE, KY 41042 | $4,300.00 | $1,844.70 |
| 741 | BRAD C. MANUEL<br>7069 FREMONTIA AVE.<br>FONTANA, CA 92336 | $440.46 | $247.84 |
| 879 | SHARON L. JENNINGS<br>1581 NAPA CT.<br>HOLLISTER, CA 95023 | $4,300.00 | $1,856.91 |
| 890 | JEFFREY P. LAPIERRE<br>1962 N. GRAHAM AVE.<br>INDIANAPOLIS, IN 46218 | $4,300.00 | $2,435.95 |
| 895 ✗ | DANIELLE BAKER<br>1227 SYRINGA PL.<br>NAMPA, ID 83686 | $4,300.00 | $2,466.05 |
| 897 | VIPUL A. PATEL<br>2210 LE JANO WAY<br>SACRAMENTO, CA 95833 | $4,300.00 | $1,856.91 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: Skyway Freight Systems, Inc

Debtor(s)

Case: 00-51918

**AUTHORITY TO ACT**
**Limited Power of Attorney**
**LIMITED TO ONE TRANSACTION**

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFRENCED CASE

1. **Danielle M Baker** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$2,466.05** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall be come effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_DBaker_
Danielle M Baker

Date: 2/9, 20 07

Tax ID: XXX-XX-4370

### ACKNOWLEDGMENT

STATE OF ID )    COUNTY OF Ada )

On this 9th day of February, 2007, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Danielle M. Baker known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.
NOTARY PUBLIC _Connie Areitio_
Residing at Boise, ID
My Commission expires 4-13-12

[Notary Seal: CONNIE AREITIO, NOTARY PUBLIC, STATE OF IDAHO]

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Skyway Freight Systems, Inc<br><br>Debtor(s) | ) <br> ) Case No: 00-51918 <br> ) <br> ) Chapter 7 <br> ) <br> ) AFFIDAVIT OF SERVICE <br> ) |

Notice is hereby given that on 2/13/2007 a copy of the Application claiming funds in the amount of $2,466.05, on behalf of Danielle M Baker, was mailed to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94102.

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 2/13/2007

_____
Brian J. Dilks
Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027





## Payment Agreement & Promissory Note

**BAKER DANIELLE MARIE**

Case Number: M9904686
Agreement ID: 7291

**Defendant Information:**

Address: 1227 SYRINGA PLACE    City: NAMPA    Zip: 836830000
Phone: (208) 466-3978    SSN: ###-##-4370    DOB: 9/28/70    Sex: F
Employer:    Work Phone:    Salary:
Student?:   Yes   No    Full Time   Part Time    School:    Grade:
Spouse:    Employer:    Work Phone:
Nearest Relative
  Name:    Address:    Phone:
Friend or relative with a different address and phone than you listed above:
  Name:    Address:    Phone:

**Terms:**

| | | |
|---|---|---|
| Total Fines/Costs: | 337.50 | Defendant is Granted 2 Monthly Payments |
| Total Restitution: | 130.00 | Each Payment Due By the 16th of the Month |
| Subtotal: | $467.50 | First Payment Due Date: 10/16/99 |

Exhibit ___A___
Page _1_ of _1_

